# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 17, 2023

Before

DIANE P. WOOD, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

|  |  |
|---|---|
| No. 21-2913 | CATRINA BRAGG,<br>         Plaintiff - Appellant<br><br>v.<br><br>MUNSTER MEDICAL RESEARCH FOUNDATION INC., doing business as COMMUNITY HOSPITAL,<br>         Defendant - Appellee |

**Originating Case Information:**

District Court No: 2:19-cv-00209-JTM
Northern District of Indiana, Hammond Division
District Judge James T. Moody

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)